I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 8/27/09

DEPUTY CLERK

Entered JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

AUG 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIEZER APONTE HERNANDEZ,<br><br>      Petitioner,<br><br>vs.<br><br>WARDEN,<br><br>      Respondent. | Case No. CV 09-0652-FMC (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: Aug 25, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY